IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRENDA L. GLOVER                                               PLAINTIFF

vs.                          NO. 4:06CV00323 GTE

JEFFERSON PILOT FINANCIAL INSURANCE
COMPANY and ODOM'S TENNESSEE PRIDE
SAUSAGE INC. LONG TERM DISABILITY PLAN            DEFENDANTS

## ORDER

Because of the recusal issue disclosed to the parties, and with the agreement and at the suggestion of the parties,

IT IS HEREBY ORDERED that the Court's Order of February 21, 2007, be, and it is hereby, set aside and held for naught.

IT IS FURTHER ORDERED that the Clerk redraw this case forthwith and reassign it accordingly with appropriate notice to the parties.

DATED this 11th day of April, 2007.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE